IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Rev. Simone R. Coley, Esquire, Plaintiff,
v.
Bank of America, Defendant.

Case No. [Insert Case Number]

## COMPLAINT

COME NOW, Plaintiff, Rev. Simone R. Coley, Esquire ("Plaintiff"), Pro Se, hereby brings this action against Defendant, Bank of America ("Defendant"), and alleges as follows:

PARTIES

1. Plaintiff is a resident of Hillsborough County, Florida.

2. Defendant, Bank of America, is a corporation organized and existing under the laws of the State of Delaware, doing substantial business in Hillsborough County, Florida. Bank of America Registered Agent in Florida is, C T Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.

JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332, as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to the claim occurred in Hillsborough County, Florida.

FACTUAL ALLEGATIONS

5. On or about March 26, 2024, Plaintiff applied for a Bank of America credit card.

6. Defendant, Bank of America, represented to Plaintiff that she would receive a letter in the mail stating the reason for the application denial.

7. On April 4, 2024, Plaintiff received the denial letter from Bank of America.

8. The denial letter falsely stated that the application was denied because of bankruptcy or intent to file for bankruptcy on Plaintiff's Experian credit report. At the time, Plaintiff had a 705 credit score and hard inquires.

9. Plaintiff suffers from Schizoaffective Bipolar Type, rendering her emotionally fragile and an eggshell type victim.

10. As a result of Bank of America's misrepresentation and libel, Plaintiff suffered extreme emotional distress.

11. Plaintiff attempted to settle the matter with Bank of America by contacting the bank on April 4th and April 5th, through Alexandria in the credit card department, as facilitated by Bobby at the bank on Martin Luther King Blvd in Seffner, Florida.

12. Bank of America failed to respond to Plaintiff's attempts at resolution, causing further emotional distress.

13. Due to financial hardship resulting from Bank of America's denial, Plaintiff was forced to take out a payday loan from Amscot with a 216% interest rate.

14. Plaintiff's credit score has significantly decreased due to the denial, hindering her ability to secure favorable interest rates from other credit card companies.

CLAIMS FOR RELIEF

15. Count I: Negligent Infliction of Emotional Distress - Plaintiff re-alleges and incorporates by reference the preceding paragraphs as if fully set forth herein. Defendant negligently caused Plaintiff severe emotional distress through its misrepresentation and failure to respond to Plaintiff's attempts at resolution.

16. Count II: Intentional Infliction of Emotional Distress - Plaintiff re-alleges and incorporates by reference the preceding paragraphs as if fully set forth herein. Defendant's lack of attention to Plaintiff's request for negotiations were intentional and done with the knowledge that severe emotional distress would likely result.

17. Count III: Punitive Damages - Plaintiff re-alleges and incorporates by reference the preceding paragraphs as if fully set forth herein. Defendant's actions warrant the imposition of punitive damages to deter similar conduct in the future.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against Defendant for compensatory damages in the amount of $10,000, negligent infliction of emotional distress damages in the amount of $2500,000, intentional infliction of emotional distress damages in the amount of $250,000, and punitive damages in the amount 10 million, together with costs, interest, and such further relief as the Court deems just and proper. Bank of America is a 300 Billion Dollar company and substantial punitive damages is requires to dissuade future misrepresentation and libel.

[Signature Block]

DATED: 5/9/2024

1019 Brinwood Drive

Seffner, FL 33584

simone.coley@aol.com

813-379-7869

Rev. Simone R. Coley, Esquire, Pro Se